**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: Doug W Canady** <br> *aka* **Doug Canady,** <br><br> **Debtor** | **CASE NO: 4:20-bk-10780** <br> **Chapter 13** |

### AGREED ORDER ON MOTION FOR RELIEF FROM STAY

Before the Court is the Motion for Relief from Stay (Doc. #88) filed on August 23, 2021 by U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT ("Creditor"). The Court finding, based on the representations of counsel for Creditor, that the Chapter 13 Trustee has expressed no opposition to the Motion; that Debtor filed a Response in opposition to the Motion. The Court being sufficiently advised of the parties' agreement and for good cause shown, hereby finds and orders as follows:

1. Motion for Relief is hereby withdrawn on the conditions stated herein.

2. The automatic stay under 11 U.S.C. §362(a) shall remain in full force and effect as to the Property located at 3440 Antietam Drive, Conway, AR 72032 and as against the Creditor.

3. In the event this bankruptcy case is converted to a case under another chapter of the Bankruptcy Code, the Stay will remain in place until further order by this Court.

4. In the event that an Order of Discharge is entered in this bankruptcy case the terms of this Order will no longer be binding as of the date the Order of Discharge is entered.

5. That all communications including, but not limited to, notices required by state law, sent by Creditor in connection with proceeding against the Property may be sent directly to the Debtor.

6. Creditor may file a Supplemental or Amended Proof of Claim within twenty-eight (28) days of the date of this Order to include post-petition arrearages and attorneys' fees and costs associated with this Motion.

7. Debtor shall file a Modified Plan providing for the Creditor's Supplemental or Amended Proof of Claim twenty-eight (28) days from the date of filing of the Supplemental or Amended Proof of Claim.

8. Debtor shall remain current on ongoing monthly mortgage payments for the next six months from the date of this order, which are to be paid by the Trustee through the Modified Plan.

9. Debtor's failure to make timely payments to the Trustee shall be an event of default under the terms of this Order. The Creditor shall send a written notice of the default ("Default Notice") via regular mail and/or electronic mail to the addresses reflected for Debtor and Debtor's counsel on the Court's docket at the time of the Notice, allowing Debtor a **10-day period** from the date of such written notice to cure such delinquent payment(s). In the event Debtor fails to cure such delinquent payment(s) within such 10-day period, Creditor shall file an ex-parte motion with the Court requesting relief from stay and submit a proposed order granting such relief.

10. In the event the Stay is terminated under the provisions of this Order, Creditor, at its option, is free to exercise any rights it may have to enforce its security interest in the Property pursuant to applicable non-bankruptcy law.

11. By agreement, the fourteen-day provision of Rule 4001(a)(3) is waived so that Creditor, its successors and assigns, may immediately enforce and implement this Order upon termination of the Stay.

**IT IS HEREBY ORDERED.**

APPROVED:

/s/ *Sammy Hooda*
Sammy Hooda
Marinosci Law Group, P.C.
14643 Dallas Parkway, Suite 750
Dallas, TX 75254
Telephone: 972.331.2300
Email: BKinquiries@mlg-defaultlaw.com
*Attorney for Creditor*

/s/ *Joel Grant Hargis*
Joel Grant Hargis
Caddell Reynolds
3000 Browns Lane
Jonesboro, AR 72401
870-336-6407
Email: jhargis@justicetoday.com
*Attorney for Debtor*

/s/
Mark T. McCarty
Chapter 13 Standing Trustee
P.O. Box 5006
N. Little Rock, AR 72119-5006
*Chapter 13 Trustee*

Phyllis M. Jones
United States Bankruptcy Judge
Dated: 12/30/2021